Chief Judge

US District Court

333 Constitution Avenue NW,

Washington, DC, 20001

Oct 27, 2019

RE: RFRA COMPLAINT;

Religious FREEDOM RESTORATION ACT;

Complaint; The 1st Prophet V. CTU;

Dear judge

Enclosed plz find a RFRA complaint against the F-BOP for religious discrimination & persecution. Because I am in solitary confinement I humbly request the Court plz docket the complaint and plz return to me a copy of said docket number & complaint and the Judge it's been assigned to. I Thank you for your time in this important matter —

In Struggle

Demetrius Hill

DEMETRIU HILL

#68133-053

USP Terre Haute

P.O. Box 33

Terre Haute, Id, 47808

I.FP is enclosed

RECEIVED
Mail Room

NOV - 5 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WASHINGTON, DC.

King Demetrius, The 1st PROPHET of The 1st PROPHECY: TREASON AKA Demetrius Hill, Pro se, Petitioner,

V.

Counter Terrorism unit (CTU) director; BOP Director; Prog. Div. asst director; Ian Connors, admin. Nat. Inmate Appeals; Regional Director Krueger; DHO Bradley; All known & unknown BOP staff involved in Petitioners CMU placement. Defendats.

Petition for WRIT of HABEAS CORPUS; Religious Freedom Restoration Act (RFRA) 42 USC 2000 bb.

JURY TRIAL DEMANDED

Case: 1:19-cv-03364    JURY DEMAND
Assigned To : Unassigned
Assign. Date : 11/7/2019
Description: HABEAS CORPUS/2255 (G-DECK)

King Demetrius, The 1st Prophet, the Petitioner in the above captioned proceeding, currently confined to the "Communication Management unit (CMU), states the following under penalty of Perjury:

1. This is a Petition for Writ of Habeas Corpus via the U.S. Constitutional provisions and a Religious Freedom Restoration Act (RFRA) Complaint via 42 USC 2000 bb-1.

2. Jurisdiction is pursuant to Diversity of Citizenship.

3. Def. Krueger was the Warden at USP Terre Haute, IN. When he authorized SIS staff to seek Petitioners placement in the CMU.

Def. Krueger then became Regional Director of the North central region for the BOP. And when Petitioner,

RECEIVED
Mail Room
NOV -5 2019
Angela D. Caesar, Clerk of Court
District of Columbia

1

filed his aregional appeal of his cmu placement, det. Krueger then in his capacity as regional director denied said cmu appeal; his office is located in Kansas city, Kansas.

4. The deputy director Programs Division (name unknown) approved Petitioners placement in cmu, his office is located in Washington D.C..

5. Ian Connors administrator of national Inmate Appeals denied Petitioners final stage B-11 appeal of his cmu placement, he is located in Washington, D.C..

6. Counter Terrorism unit (hereinafter (cTu)) director approved Petitioners cmu placement and is responsible for dailey video visual audio monitoring, Mail (u.s. postal), and E-mail monitoring and all phone monitoring. Their office is located in W. Virginia

7. D Ho Bradley is located in Terre Haute IN.

8. Petitioners residence prior to incarceration was New York state, and Petitioner will reside in New York upon release in 2 years.

2

<u>JURISDICTION:</u>
<u>DIVERSITY OF CITIZENSHIP</u>

9. Petitioner relies on "diversity of citizenship" since the defendants in this litigation reside in multiple jurisdictions and the controversy involves damages in excess of $250.000.00. Thus Jurisdiction in this Court is proper.

<u>CLAIM ONE</u>
<u>THE 1st PROPHECY is TREASON</u>
<u>TREASON is THE 1st PROPHECY</u>

A. On February 21st, 2018 at USP Terre Haute, general population unit A-1, while standing in cell 225, (Petitioners assigned cell) Petitioner was listening to music, conversing with a fellow komrade and prisoner. When suddenly Petitioners mind went blank of his surroundings and he began to HEAR THE WORD OF GOD, speaking to him, each time the voice spoke Petitioner would see a light within the back of His mind. In fact the voice said:

    Panther, Panther, go to UR mirror, look into
    UR own eyes (I did) remember that on this day
    I removed the blinds from UR eyes,

3

RECEIVED
Mail Room

NOV - 5 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

For I declare u are one of MINE!
As I gave u life on this day I give
u sight FOR U ARE ONE OF MINE!
I AM WHO I AM FOR I AM UR God, I
Come to u when u think uR doing uR worst,
Today I remove the veil from UR EYES FOR
u are ONE OF MINE! U are chosen by my
HAND I anoint u The 1st PROPHET"!

I dropped to my knees, Petitioners komrade asked if Petitioner was

tripped off k-2? Petitioner responded "how can I be trippen when u

HEAR HIM to"!! God said: "Go to uR bible open and READ." At

first Petitioner was stuck thinking he did not have a Bible, then he

remembered that he had just two days prior taken a New Amerikan

Bible from the education department. It was under the bed so petitioner

grabbed it, opened it up and began to read. The page landed on

Jeremiah chapter 50 and Petitioner read: "The First Prophecy against

Babylon," and the voice of the Lord like thunder said:
            "No, this marks the End of an age,
      As The 1st PROPHET, u shall lead My people in
      The 1st PROPHECY against Amerika!

u shall unite my people the oppressed people in their new name The 1st PROPHECY and u shall raise up an army to be known as TREASON! Raise up a banner, hold up a standard do Not hide it, make it known in this Beloved u are my Cornerstone! This is The 1st PROPHECY: The Amerikan Government must be overthrown! Teach ur people, lead my people to believe in ALL my Prophets, accept ALL my Prophets, reinstate my Covenant, reestablish my Sabbath, tell the people I Am The God of ALL Creation, The God of Abraham, Ismael, Issac, Isreal, Moses, Jesus and Muhammad all kneel before ME and so shall MY CHOSEN PEOPLE The 1st PROPHECY: TREASON!"

These words of The Lord completely & utterly changed my life,

For after lock down, when Petitioner attempted to sleep he fell into

a deep dream in which seven angels anneinted Petitioner saying

they would guard him all the rest of his days because the evil

one had sent Inferius The Mistress and her demons to ensnare him.

That I had not come to bring Peace, I am sent to bring WAR!

The angels explained they were to be Petitioners Arch Angels and

and were of the Elect who reined in the Kingdom whom had one among them that had bound satan in chains and threw him from the gates of Heaven. Each held a flaming sickle constantly Moving, guarding Petitioner in formation yet Petitioner could not see the evil they fought. Petitioner was handed 7 keys and told to Pray for Wisdom strength, & Guidence, and to Pray for Hindsight, Insight & Foresight now Pray for the souls of those who shall be the 1st Martyrs of The 1st Prophecy for they shall be many...The Arch Angels began to fade, and Petitioner called out "how will I remember when I awake?" And they responded in unison "how could u forget our God has annointed u The 1st Prophet!! To Mark the End of an age, on this day every year u shall celebrate, it shall be announced Our Lord took the Soul of The Pilgrims of Satan". As petitioner began to awaken a Fox news update began, Fox news announced the death of pastor Billy Graham!

6

B. From that day forward Petitioner began to speak The Word of God to his fellow Prisoners and to Baptize them into the 1st Prophecy. Each new komrade received two tatoos, on the Right side of their neck was inked the Hammer & Sickle and on the Left side a babys Right Hand Print. In accordance with Gods word this is "OUR STANDARD" The Hammer shall shape each stone of The Temple of The 1st Prophecy; The Sickle is wielded by Jesus when He reaps from the earth, So shall we REAP (Rev. 14:14)(Mentioned 7 times) Tru Believers. The Right Hand Print on the Left side of each komrade, for that symbolizes the Right Hand of God, on the Left side because thats where each Persons Heart is at!

C. All komrades within The 1st Prophecy: TREASON accept and believe in ALL Gods Prophets and accept & believe in Gods word as revealed in the Three Main Books: TORAH-BIBLE-QURAN. And all Tru Believers stand in The Judgement that as Prophsyed

7

by the Prophet ISAIAH, God has gathered the Oppressed people,

and blessed His people with a new name IS.65:15; IS.62:2:
"Nations shall behold your Vindication
and all Kings your Glory
You shall be called by a new name
bestowed by the mouth of the Lord."

Petitioner is not a Jew,,, yet he strives in the Law of Moses;

Petitioner is not a Christion,,, yet he is crucified by the fire of Jesus
The Messiah

Petitioner is not a muslim,,, but he submits to the WILL of God Almighty!

Baptized in the spirit,,, The 1.st Prophecy Is united...We have

been with prayers to pray to God and pray as all the prophets of God

prayed to God alone, PraiseWorthy Be YAHWEH!
D. Petitioner received Divine Revelations over 12 days

begining on Feb.21,2018, in his 40th year of Life, and 18th year

of imprisonment, Coming into the 400th year of Black captivity & Chains of

Oppression in Amerika as spoken by God to Father Abraham in Gen.

15:13. We believe in the Covenant of Circumcision Gen.17:12.,

8

and The 1st Prophecy: TREASON shall always worship God on the Sabbath and keep Holy His Sabbath on the 7th day of each week: SATURDAY Gen 2:2.

E. Petitioner at the time he received Gods Words was a Muslim, who strived to offer salat a minimum of once a day, though he rarely attended Jumma, he knew al Fatiah and his entire salat in Arabic. Petitioner had been raised christian and throughout all his formative years until the age of 14 he was a christian. Petitioner was blessed and is blessed to say as a christian his prayers were answered by God and as a muslim his prayers were answered by God, within both religions he was Blessed. At the time the Lord spoke to him both religions would have condemned him as a sinner,,, yet it was in this state God (Yhwh) spoke to him, blessed & annointed him The 1st Prophet. All the other prisoners inside & outside the unit were ~~alarmed~~ alarmed and some confused by Petitioners Conversion.

9

F. For God was in his words and actions, he recruited on a dailey basis other prisoners into TREASON. He recruited several Bloods; a crip; several Gangster Decipals; 12 Knatives from North & South Dakota, Arizona and Oklahoma; several Hatians, several mexicans; Gay men and numerous Transgender females; Petitioner Baptized & inked Blacks whites, Latinos, and knatives, all were welcome and all are welcome in The 1st Prophecy.

G. Petitioner began to write/type out The scripture, Principles, objectives and put in place a Pyramid of Principle. And assigned Dutys & Responsibilities as all religions have for adherents. e.g. Pork is forbidden, God forebade Swine, and Jesus cast the demons into the Pigs where they requested to be sent (Matt. 8:30-33); when Petitioner was asked by his komrades or outsiders why he Baptized & inked Transgenders he spoke the word of Jesus "it will be More tolerable for the land of Sodom and Gomorrah in the day of Judgement" then for the

10

Non believer (Matt. 10:15; Matt. 11:23-24; Mark 6:11) and The Lord has sworn none shall be judged on whom they Love, but rather the Tru Belief of their works, for He spoke to The 1st Prophet in the presense of one of his closest komrades.

H. Because of Petitioners religious beliefs, he was Targeted by the pilgrims of Satan, the prison administration in particular Warden Kruegar began to persecute Petitioner. Correction officers Rumple, Politz Allen and others would enter Petitioners cell 225 (A1) and steal the scriptures and pamphlets he produced, photo copy them and sometime return some of them—this went on from Feb. to July 12, 2019 when Petitioner was placed in segregation for a pseudo STS investigation by Lt. Sherman on order of Warden Krueger and the Captain. After Which numerous TREASONITES were placed in SHu several days later. The Warden prevented us from praying together, embracing one another or greeting each other (as muslim & christians are

permitted to do) and directed staff to prevent Bible studies by Pet. in his cell, creating a rule only 2 prisoners can visit a cell at any time. A result of the warden seeing Pet. speaking to 12 prisoners in his cell.

I. Warden Krueger then had Petitioners pictures confiscated, from other prisoners who had hung Pet.'s picture on their bulletin boards within their cells. Specifically Krueger stated to Pet. :

"I don't want to ever again enter another inmates cell and see a picture of you, as if your fucking Jesus H. christ! And how did you get those damn pictures anyway? They didn't come thru my mailroom with TREASON and The 1st Prophet on them,,, or that damn Communist sign - Whats with that crap?"

J. After being placed in SHU SIS sherman and other administrative. Staff attempted to coerse Pet.s Komrades to cover their tatoos or be transfered all agreed in order to get out of SHU but none. followed thru once released from SHU. Moreover a Satanist was allowed to recruit inmates to his satanic cult he went by the name Devil and required his followers to sign a contract in their blood devoting their

12

life & Soul to Satan, they were allowed to conduct approved satanic rituals and gather together to practice Satanism. None were placed in SHu or transfered to CMU. Another group was formed known as Gay Boy Gangsters (GBG) none were sent to the CMU.

K. The Lord Yahweh had blessed The 1st Prophecy with several Sign and Miracles besides Divine Revelation and Visions. While speaking to a komrade (in the presence of another) about becoming a Tru Believer a broken light in Pet. cell Suddenly blinked on and stayed on 7 days,,, both that day became Tru Believers in The 1st Prophecy: TREASON. While speaking to a different komrade Pet. was Suddenly enveloped by a Shining halo, so that the komrade could no longer see Pet. only hear his words, he claimed to be blinded by the light then able to See...

From AD 756 to 1978 is 1222 = 7; in 2016 befor Pet. received any Divine Revelations, The pilgrims of Satan payed him exactly $30 pieces of Silver ($30,000)(2016=Rev. 12:6). Indeed 2018 was the year of his 40th birthday (40 years in the wilderness)(Age of Prophet Muhamad) 8th Jubilee year (400 years) of Black slavery & oppression. Rabbi Judah ben Samuel predicted after 2017 would begin Messiah era, 2022 Pet. do to be released from prison a new star on the horizon....

13

While in SHu Petitioner continued to Baptize (he couldn't ink) new komrades, outside in the SHu recreation cage he'd have five or six prisoners kneeling in the 1st Prophecy. Two Sundays before Petitioners 40th birthday he prayed the prayer the ArchAngels had given him and asked the Lord that he should receive a Sign for his birthday. Just then a chaplain knocked at the cell door and asked do I need anything I said well do you have a "dailey bread" he said "no" but I have "The word among us" Petitioner said what? and he repeated himself as if unsure himself, he handed the small booklet thru the door, on the floor, stood back up stared at Petitioner a moment and said a third time "u have the word among us..." then he shook his head and walked off to the next cell. Petitioner looked at the booklet an opened it seeing the dates of the month on each page he turned to September 30th and began to read, and it the little booklet knocked Mem to his knees for it said "You are a Prophet"!! And it told the story of Moses and the 70 Prophets quoting Numbers 11:16-29. 14

And that night the Arch Angels came to Petitioner in a vision, saying "O" 1st Prophet now u have clarity, for this is who u were always meant to be, know in UR Heart u are blessed indeed, though u shall endure more persecution, u shall prevail over all UR enemies be strong and of good courage for millions shall follow in UR footsteps, blessed indeed, know that the Prophethood was always UR destiny, a Pope when u were conceived, another Pope upon UR entry both are deceased on the day u began to breath, Pay attention take heed Many are UR enemies upon ur birth Interius The Mistress of Gehenna ordered the death of all new born babies the Pilgrims of Satan hunted u down she executed Jim Jones and 930 in Jonestown (It was then I Seen the vision the Murder of all Gods children) and the Arch Angel ended 2 popes & a Messenger remember this O' 1st Prophet that u May live." Petitioner understood that two popes had been poisoned the year of his birth and died, and Jim Jones and all Jonestown over 200 children executed, by the pilgrims of Satan. 15

SADISTIC & SATANIC ASSAULT

L. On sept. 21, 2018 petitioner was maliciously, sadistically attacked while at USP Terre Haute by Lt. Wingerd in a satanically choreographed & staged assault. Joined by 3 other C.O.'s they surrounded Pet.'s cell door to block out the B-range camera, faked as though they hand cuffed Pet. thru the food slot on the door then directed a 4th C.O. to open the cell door. Said Lt. with the other 3 officers forced Pet. backward into the cell and slammed his head into the steel bunk bed, repeatedly punched him in the face head & body, one officer during the assault repeatedly pressed himself against Pet. in a sick sexual manner. Lt. Wingerd grabbed Pet. by his throat and choked him unconscious for over 30 seconds, repeatedly snarling & growling saliva dripping from his lips he said over & over, "I told u,,, Im the one you NEEDED to worry about" This Lt. appeared completely and utterly satanic demonic & possessed. Pet was then taken out of the cell after being hand cuffed behind his back extremely tight, to a feces infested cell w/ blood & fecal matter on the walls and in the grated window, pools of urine were on the floor the cell was disgustingly filthy. Pet. was given a half mattress that had blood stains and had no plastic covering.

N. Pet. was given a fake medical assessment, in which the nurse deliberatly covered Pet's swollen lip to hide the cut during the recording & photo taken, Pet. was given no pain medication and the nurse intentionally conducted her assessment to cover the abuse Pet. had endured, Pet. specifically complained about being purposely his in the groin and said nurse refused to examine him. The following day Pet. had numerous bruises all over his body and was in extreme pain, so much so he could barely walk or sleep. For several days he urinated light blood and his genital were swollen from the sadistic unprovoked attack.

16

## SMU REFERRAL

O. Defendants are now useing Petitioners religious Beliefs to have him reffered to the special managment unit (smu) a viscious solitary continement program which confines the most violent prone & psychologically unstable prisoners in the B.o.P. Specifically staff are basing their referral on the founding of The 1st PROPHECY: TREASON. This referral just like the cmu placement clearly violates Petitioners Constitutional rights to be free from religious persecution. As smu would mandate Pet. be locked in his cell 23 hours a day, subjected to extreme sensory deprivation, predicated solely on his religious beliefs. Moreover Pet. has 2 years until his release from the BoP and Congress and BoP policy prohibits staff from subjecting prisoners to solitary continment prior to their releases to society. Petitioner religious beliefs should be protected by RFRA as Congress and the U.S. Constitution intended.

## RELIEF REQUESTED

Petitioner request the BOP be ordered to recognize His religion The 1st PROPHECY: TREASON and afford it the same liberties, amenities, and privilleges as other faiths & religions in the BoP. That Petitioner nor any of his Treasonites or those seeking the TruBelief be subjected to, discrimination, dehumanization, designation (based on their beliefs) to lock down units, or the cmu and that the Court issue a Declaratory Judgement stating such. And that we not be singled out for satanic assaults

17

Oppression and persecution,,, Pet. is literally confined to CMU for his religious beliefs.

<u>RELIEF REQUESTED</u>

To be released to general population outside CMU; the return of all documents, papers, literature, pictures etc. confiscated and related to The 1st PROPHECY: TREASON; the B.O.P. recognize The 1st PROPHECY: TREASON as a bona fide religion affording said religious belief the same Rights & privileges as other religions; restoration of good time, I.R. expunged and all involved BOP officers reffered for persecution; Compensatory & punitive damages in sum $700.000. Such other and further relief as the Court deems just and proper —

w/n struggle
Demetrius Hill
DEMETRIUS HILL
68133-053
FCI Terre Haute
P.O. Box 33
Terre Haute IN 47808

I, Demetrius Hill, declare the foregoing facts True & Correct under penalty of Perjury
Executed: 9/7/19; 28 USC 1746
~~Dated~~:

18