**FILED**

**03/29/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

King Demetrius, The 1st PROPHET          AMENDED COMPLAINT
of The 1st PROPHECY: TREASON             Religious Freedom
                  AKA                    Restoration Act
Demetrius Hill, Pro se,                  JURY TRIAL DEMANDED
                  Plaintiff

                    V.                   2:21-cv-00110-JPH-DLP

Counter Terrorism unit (CTU) director;
CTU Analyse Jane doe; BOP Director;
Prog. Div. Asst. director; Ian Connors, Inmate Appeals;
Fmr. Warden and Regional Director Kruger; Officer Jane Wheeler;
Lt. Sherman (SIS); C.O. Clerget; C.O. Politz; C.O. Rumple;
Lt. Wingerd; C.O. Tindell; C.O. Mason; C.O. Purcell;
DHA Joseph (smu hearing officer)

                              Comes Now The 1st Prophet
King Demetrius (aka Demetrius Hill) The Plaintiff with this Complaint
filed pursuant to The Religious Freedom Restoration Act (RFRA) For
violations of Plaintiff rights to be free from religious persecution,
oppression, and onerus burdens, by these Individual defendants who
work for The BOP a agent of the united States. Plaintiff relies
on the resent Supreme Court decision of 2020 relative to the RFRA
Holding that damages are available via the RFRA. Plaintiff does Not
have the cite as he is filing this amended Complaint from Solitary
Confinment at the Special Management unit (smu) at Thomson.
However, Plaintiff urges the Court to expedite this litigation, as
Plaintiff has been denied the right to practice his religion for 3 years.

1

## CLAIM ONE

1. Plaintiff while confined at USP Terre Haute from (on or about) Feb. 21, 2018 until he was transfered to the Communicat[ion] Managment unit (hereinafter CMU). Plaintiff was oppressed, harassed, and persecuted based on his Religious beliefs, specifically his belief in The 1st PROPHECY: TREASON.

2. Although the BOP has a program statement and regulation (CFR) that state the BOP doesn't discriminate against prisoners base[d] on their religious preference, practice, or beliefs. Plaintiff was intentio[nally] targeted by USP Terre Haute administraters: Warden Kruger, AW underw[ood] Captain (n/unknown) Lt. Sherman (SIS) and multiple corrections officer[s] including but not limited to C.O. Rumple, C.O. Clerget, C.O. Pelitz, C.O. Allen.

3. Plaintiff was targeted by the above defendants for nothing more than Typing-up and passing out religious scriptures, to his Tru[e] Believers "The 1st & The 1st Komrades". Repeatedly the above named

2

correction officers searched Plaintiffs cell and confiscated the religious scriptures he had typed-up and gave them to Lt. Sherman of the SIS dept. who then, opened a bogus SIS investigation, in collusion with warden Kruger, AW underwood and the Captain, used these religious scriptures to have Plaintiff transfered to the CMU, at FCI Terre Haute.

4. The CMU, is an oppressive unit, that extremely limits a prisoners ability to communicate with people and Society. And because it only confines 30-40 prisoners, it intentionally prevented Plaintiff from spreading and growing his religion in general population. This is specifically why Plaintiff was targeted and transfered to the CMU, to prevent his ability to spread his religious faith, since numerous prisoners had become Tru Believers in The 1st PROPHECY: TREASON (Hereinafter "The Way"), and his religion was growing rapidly.

5. This persecution was intentionally discriminatory as

3

<u>Christians</u> are allowed to proselytize, advocate and grow

their religion on every general population in the BOP unobstructed,

oppressed or being targeted for transfer to a cmu.

6. <u>Muslims</u> are allowed to proselytize, advocate and grow

their religion in general population. Often being allowed to call The

Adan in the open unit for <u>all</u> to hear, even those not muslims. And

they often go around inviting <u>numerous</u> non-muslims to attend <u>Jum</u>

every friday. <u>Noi</u>, and <u>Moorish Science</u> muslims do the <u>same</u> and

pass out letters, pamphlets, solicitations all over the prison t

prisoners. <sup>x</sup>SATANIST<sup>x</sup> all over the BOP do the same, going so far <u>at</u>

Terre Haute to recruiting prisoners to <sup>x</sup>Satan<sup>x</sup> and having them cut

their thumb or wrist and sign their names on a <sup>x</sup>Satanic<sup>x</sup> contract

in Blood! They routinely targeted the LGBTQ prisoners advocating

"God hates them but <sup>x</sup>Satan<sup>x</sup> loves them, and will grant all their Hearts

desire". In fact in the same unit as Plaintiff was a prisoner

4

who Called himself x <u>Devils Helper</u>x who had recruited

numerous hopless prisoners to "Satan" having them sign over their

"Souls". Because the BOP <u>accepts</u> and <u>recognizes</u> satanism

as a <u>LEGITIMATE</u> religion,,, he nor any of his acolytes

were placed in SHU or investigated or transfered to a CMU.

## CLAIM TWO

7. C.O. Clerget between 2-21-18 and 7-12-18, while Plaintiff

was at the law library entered Plaintiff cell and Confiscated Plaintiff

<u>Prayer Rug</u> and his <u>Crown</u> (Red Black & Green), solely based on Plaintiff

religious belief and practice. When Plaintiff asked C.O. Clerget <u>why</u>

he'd taken his <u>Prayer Rug and Crown</u>, he stated "ur a PROPHET I

dont want other prisoners to pray how u pray,,," Plaintiff then asked

why did u take my <u>CROWN</u>? C.O. Clerget replied "So the prisoner

wont recognize u". Plaintiff had had the prayer rug and Crown for

years in the BOP and had transfered to USP with both and they

had never been taken or confiscated until Plaintiff was anointed &

5

_Blessed_ by YAHWEH for _Conquest_ & _Dominion_. Later on, Plaintiff was told by Lt. Sherman, and by Warden Kruger, that every item in Plaintiff's possession at the time he was (A B C D) spoken to by YAHWEH would be confiscated and destroyed to _ensure_ it did not becom viewed as "_religious relics_" by Plaintiffs Followers. And defendants have done this, First the Warden had Plaintiffs _pictures_ of himself tha He'd passed out to the 1st of the 1st komrades all Confiscated. Then C.O. Politz and C.O. Allen destroyed ▓ the sweat suit Plaintiff had been wearing when The Lord came to him and an entire bag of his property came-up missing. When Plaintiff was transfered from USP Terre Haute to the CMU, his _New American Bible_ (_unrevised_ Edition) was _stolen_ and _never_ returned. This was the _Bible_ (NAB) Plaintiff had when YAHWEH told him to "open and read," Plaintiff knows this Bible was _SACRED_ and it was _purposely_ taken to ensure it would _never_ be

a religious relic _and_ because it was _un_-revised, and had "The 1st PROPHECY Against Babylon, Jeremiah 50 which the Catholic Church decided to alter the year of Plaintiffs birth 1978. All the revised editions now says "The 1st Oracle..." Many are these who sought and seek to thwart The Word of YAHWEH and the fullfillment of The 1st PROPHECY: TREASON. When packing-out his property R&D staff in the presence of Lt. Sherman at FCI Terre Haute, said officer's confiscated Plaintiff metal & Gold Timex Watch he'd been wearing when The Lord came to him,,, and forced Plaintiff to mail-out his newly ~~acquired~~ acquired Torah-Bible-Quran. And upon Plaintiffs arrival at AUSP Thomson from the CMU, R&D staff confiscated his gold necklace & gold Medallion crucifix that he'd been wearing when The Lord spoke to him,,, they also confiscated his Africana, 48 laws of Power, 33 Strategys of War, which he'd had as well. All purportedly were DESTROYED.

7

8. All of these items were sacred and were intentionally confiscated because of there religious significance & importance.

9. Plaintiff was posting e-mails about his religion to people in society that were on email contact list and Lt. Sherman stopped these emails from leaving the facility and had Plaintiff placed on <u>Mail</u> and e-mail monitoring based on his religious beliefs. This was done in collusion with warden kruger and his authorization. When Plaintiff was transfered to CMU every scriptue he typed-up relevant to his religion was confiscated by Research Intellegence officer (RIO) <u>ms. Jane Wheeler,</u> and sent to the Counter Terrorism unit, (hereinafter CTU). The CTU rejected and confiscated all <u>Mail</u> and <u>Emails</u> Plaintiff attempted to send to people in society, the CTU completely prevented Plaintiff from spreading his religious beliefs and Ms. Wheeler and CTU (name unknown) threatened to place Plaintiff in STHu if he Baptized anyone into the <u>1st</u> PROPHECY:

8

TREASON in the CMU. Ms. Wheeler confiscated numerous

Scriptures Plaintiff typed-up.

10. While at USP Terre Haute Lt. Sherman employed numerous

Jail house (rats) Informants to lie and manufacture lies about Plaintiffs

religion. Then used these manufactured lies to place Plaintiff in SHU

from July 12, 2018 until october 13, 2021, solely based on Plaintiffs

religious beliefs & practices. Plaintiff was locked in his cell 23 hours a

day 5 days a week, denied all his personal property except his legal material

12 inches - he was even denied a Bible. When Plaintiff began to continue

Baptizing new komrades in SHU, he was placed on "Recreation alone"

and "Cell-alone" status. Plaintiff while in SHU, on September 21, 2018

he was *Satanically* attacked, assaulted and beaten by Lt. Wingered,

C.O. Mason, C.O. Purcell, C.O. Tindell. Plaintiff was attacked based on

his religious beliefs, it was exactly 7 Months to the day - of Plaintiff

had received The 1st Prophethood from The Lord, and a 7:0clock pm.

9

Althaugh these defendants attempted to use the specious excuse of a cell-move to justify the assault - no cell-moves are done on evening shift and Lt. Wingerd was not assigned to SHU as the "Shu Lt." Plaintiff was punched, choked unconscious, hit in the head with a "Walki Talki" his head was slammed into the steel bed frame. Lt. Wingered kept Screaming "I told u Im the one u need to Worry about." He said this over and over, and Made several disparaging Comment about Plaintiff "not being a prophet - but he was the "devil". He then had taken out of the cell and placed in the first cell on A1 (restraint cell) which was filthy, with urine, feces, blood stains every where including in the Window, It had sickening stench. Plaintiff was kept in this cell over a Week. Plaintiff was severly Induced, this attack was done to stop Plaintiff from doing The Will of Yahweh, by Spreading The 1st Prophecy: TREASON, C.O. Tindell said this.

## CLAIM THREE

11. Warden Kruger, specifically issued a Memorandum prohitbiting prisoners from visiting other prisoners cells in <u>general</u> population. This was done in direct response to Plaintiff Prophesying, to prisoners in his cell. Although, other religious groups are allowed to have Bible studys, Congregational prayers and other religious activities in their cells with numerous prisoners. Once this Memo was issued staff repeatedly enforced the rule on Plaintiff whenever he was Prophesying to prisoners in his cell. Yet this was <u>not</u> done to muslims who had Congregational prayers Christians who did Bible study nor was the rule enforced with the *Satanist* who burned home-made Candles as they worshipped *Satan*.

12. When Plaintiff was placed in SHU July 12, 2018, during the Course of the SIS investigation Lt. Sherman specifically told all The 1st of The 1st Kowrades that if they were let out of SHU they would have to <u>Cover-up</u> their <u>Tatoos</u> and <u>denounce</u> The 1st PROPHECY: TREASON

<u>11</u>

And In fact If _any_ of them were caught or reported-on

as still advocating or Baptizing or typing-up any materials related

to the _1st PROPHECY: TREASON_ they'd be immediately placed back In

SHU and _transferred_. This was and is clear religious Persecution.

Warden Kruger told Plaintiff

"I dont ever again want to enter another
inmates cell and see a picture of you, as if
you Fucking Jesus H. Christ! And how did you
get those damn pictures anyway? They didnt
Come thru my mailroom with TREASON and
The 1st Prophet on them,, or that damn Communist
Sign— whats with that crap?"

Another time while warden Kruger was doing rounds in _SHU_ he stated
"Why would GoD choose to send a Black
PROPHET, who'll follow him,, when the white Man
has the keys to the whole House.!!"

Plaintiff responded "Jesus told u The _1st_ shall be Last and
The Last shall be _1st_, Black Moves _1st_!
I didnt come for The Keys to The House,,,
I've come to burn The House down!."

13. When referring Plaintiff for CMU placement, Lt. Sherman,

warden Kruger and the administration, _intentionally_ crafted the CMU

12

refferal to appear that TREASON was non-religious, and
that the refferal was not based on Plaintiffs religious beliefs. In
fact the original refferal was sent back by the Asst. Director of
Program and CTU to delete all reference to Plaintiffs religious beliefs
including The 1st PROPHECY and The 1st PROPHET. This Was done with
the full knowledge and collusion of Warden Kruger, Lt. Sherman, and CTU
and the asst. director of programs. Defendants knew Plaintiffs rights
under the RFRA and The 1st Amendment u.s. const. would be violated
if he was placed in Cmu based solely on his religious beliefs.
So defendants intentionally excluded all reference to TREASON
being his Religion to secure his Cmu placement. All the Scriptures
Taken from Plaintiff that he'd typed-up dealt unambiguously with
his Religion, and all Plaintiffs 1st komrades told Lt. Sherman Plaintiff
Was The 1st PROPHET and reffered to Plaintiff as The 1st PROPHET.

13

And when Lt. Sherman, met with Plaintiff, the _first_ thing

he stated to Plaintiff was: "I believe in _GoD_, and I believe He
        Sends Prophets, I _don't_ deny you are a Prophet"!
This was the first thing he said to me when he came to speak to

me In furtherence of his investigation. He then Went on to ask Plaintif

direct questions about his anointment and the scriptures he'd written in

particular about _why_ certain atenements were decreed regarding _sex_

_between the races._
        14. The intentional absense of _The 1st Prophet_ or _The 1st Prophecy_

or the fact that TREASON Is Plaintiff religion proves, Plaintiff was

targeted persecuted and Transfered to CMU solely based on his religion.

As the _CTU_ had previously been _sued_ for targeting and placing

prisoners in cmu for their religion. And _after_ Plaintiff Initiated this

_RFRA_ Suit, defendants e.g. _CTU_, _Regional Director Kruger_, _Warden Lammer_

AW-_nameunknown_, BIO ms. Wheeler, all in collusion conspired to have

Plaintiff placed in the _SMU_, based on his religion.
                        14

## CLAIM FOUR

After Plaintiff, had exhausted his administrative remedys,

about his cmu placement, discovery will prove, at the cmu 6 month review

he was re approved to stay in a cmu. However when Plaintiff initiated

this litigation, AW (name unknown) at FCI Terre Haute, BIO Ms. Wheeler,

had several phone call-conferences with CTU and the asst. programs

director, and they decided to have Plaintiff moved to the smu a

23 hour lock down program (special management unit). They refused to

release Plaintiff to general population b/c he'd continue to spread his

religion, and they had problems transferring him to the Marion-cmu

b/c he was a "Medical Care level 3". And at the time DR. Elizabeth

TruBlad (FCI Terre Haute) refused to lower Plaintiffs care level. However

when Plaintiff initiated this civil suit over his religious persecution,

DR. Elizabeth TruBlad in collusion with the AW (name unknown) Warden

Lammer, CTU, BIO Ms. Wheeler, lowered Plaintiffs medical care level to

15

Care level 2 which allowed him to be transfered to the smu at Thomson. Again discovery will prove Plaintiff was ~~initate~~ initially, put in to be transfered to Marion-cmu, that only changed after Plaintiff initiated this civil suit. Which defendants knew about prior to its filing b/c Plaintiff attempted to mail it to his paralegal Jose Francisco to type-up for him since he was in smu in the cmu. Plaintiff filed administrative remedys when CTU refused to allow him to mail it to his paralegal, saying he was attempting to spread his religion thru circumventing them by writing it as a law suit. So Plaintiff was forced to mail it untyped directly to the U.S. District Court in D.C.. This mailing to the Court is Not treated as "legal mail" in CMU as it is in general population, So Plaintiff had to leave the envelope open for scanning to the CTU. That's why they were aware of the law suit and, b/c Plaintiff

16

is a known litigator, thats effective, do to the **RFRA** suit

defendants _immediately_ had Plaintiff reffered to the SMU which

is even more _onerus_ and _oppressive_ and _dangerous_ than the CMU.

### CLAIM FIVE

15. The SMU-hearing was bogus and the decision to send

Plaintiff to SMU was _pre-approved_ by Regional Director Kruger, who had

been the USP Terre Haute Warden, and as regional director had come to see

and gloat at Plaintiff at CMU-SHU _and_ again at SMU-Thomson! Plaint

was denied due process when the SMU hearing officer used a incident

report from USP Terre Haute the satanic attack by Lt. Wingered, and one

incident report at _CMU;_ to approve Plaintiffs SMU transfer. Despite the

fact _two_ staff members testified on Plaintiffs behalf that he _did_ _not_

need to be sent to the _SMU_ (Mrs. Keller and Plaintiff prior Counselor

testified for him). The SMU-hearing was a rubber-stamp hearing and the

hearing was decided prior to the hearing being conducted.

17

<u>DIVINE REVELATIONS of</u>
<u>The <u>1st</u> PROPHECY: TREASON</u>

On February 21, 2018, confined at USP Terre Haute (hereinafter UPS-THP) general population. Plaintiff was listening to music in his cell (A1-225) with a fellow komrade-prisoner. when Plaintiff's mind went blank and yet he began to hear The Word of YAHWEH, speaking to him. Each time he heard The Word, he'd see the Light of a flame in his mind yet a vision of Tru clarity. The Lord spoke:

"Panther,, Panther,,, go to ur mirror look into ur own Eyes, remember that on this day, I removed the Blinds from ur Eyes. For I declare u are one of MINE! As I gave u Life on this day, I give u SIGHT for u are one of MINE! I AM WHO I AM for I AM UR GOD,, I come to u when u think ur doing ur worst, Today I remove the veil from UR EYES for U ARE ONE OF MINE! U are Chosen by MY HAND I Anneint u The 1st PROPHET!"

I dropped to my knees,, the komrade asked was I trippen off the deuce [K2]? But I responded "how can I be trippen when u hear Him To?!" The Lord said: "Go to your bible open and read".

At first I was stuck thinking I don't have a bible, I had a Quran, then I remembered just 2-days prior I had taken a Bible out of the education department. It was under the bed so I grabbed it, opened it and began to read. The page landed on <u>Jeremiah 50</u>, I read: "The 1st Prophecy against Babylon",

18

And The Voice Of The Lord like Thunder said:

"No, this Marks the END of an age,
as The 1st PROPHET u Shall lead My People
in The 1st PROPHECY against Amerika!
U Shall unite my People, the Oppressed people in their
New Name The 1st PROPHECY and u shall raise up
an army to be known as TREASON! Raise up a banner,
hold up a standard, do not hide it, make it known, in
this Beloved u are My Cornerstone: This is The 1st
PROPHECY: The Amerikan government must be OverThrown!
Teach ur people, lead my people to Believe in ALL My PROPHETS,
accept all my PROPHETS, reinstate My Covenant, re-establish
My Sabbath, tell The People I AM God of ALL Creation,
The God of Abraham, IshMael, Issac, Isreal, Moses,
Jesus, and Muhamed ALL Kneel before ME and so Shall
MY CHOSEN PEOPLE: The 1st PROPHECY: TREASON! "

The Words of YAHWEH, Completely and utterly Changed MY LIFE, in ways
I can't even explain,,, perhaps it isn't meant to be explained... I will tell
The Whole World The Lord is REAL! After lockdown I attempted to sleep
and fell (literally) into a deep sleep, a deep dream in which 7-Angels
Anointed & Blessed Me saying "King Demetrius we will guard u all the
rest of ur days, the ˣevilˣ one has Sentˣ InferiusThe Mistressˣ andˣ herˣ
ˣdemonsˣ to ensnare u".

"U have NOT been Sent to bring Peace,,,
U are SENT to bring WAR, to fulfil what was
Spoken by He who Was SENT before u,,,"

19

And I Could see, with Tru clarity <u>John 16:7-11</u>.

They said they were My Arch Angels, The Elect who reined in The kingdom whom had The one among them Who had bound ˣSatanˣ in chains and threwˣhimˣ from Heavens gates. Each held a <u>Flaming SICKLE</u> Constantly moving and guarding Me in a steady unbroken formation. Although theˣevilˣ they fought I Could <u>not</u> see. I Was Handed <u>7 keys</u> and told to Pray for <u>Wisdom</u>, <u>Strength</u> & <u>Guidence</u>, <u>Hindsight</u>, <u>Insight</u> & <u>Forsight</u>, and finally for The <u>1ˢᵗ Martyrs</u> their souls whose number will be Many... As they began to fade I yelled out "how will I remember when I awake?" In unison they responded "how could u forget our God has Anointed u The <u>1st PROPHET</u>." To Mark The End of an age on this day Every year u shall celebrate, it shall be announced our Lord took the Soul of The ˣPilgrimsˣ of ˣSatanˣ. As I awoke fox news announced the death of Billy Graham, at the age of <u>99</u> in his <s>100th</s> year.
    - <u>I Received 12 Days of Revelations</u> -
    <u>AND I AM VOUCHSAFED IN THE SCRIPTURES</u>

The Lord, over & Above All, knowing The time of disbelief in which We live Blessed Me again and again With every sign that even the dumb deaf & blind May see With Tru Clarity.

1. I Am born on The Sabbath - Saturday - The 7<u>th</u> day of the Week.

2. And I Am born on The <u>39th</u> Sabbath of The year <u>1978</u>

3. I Am born <u>9-30-1978</u>,,, <u>Adam</u> lived <u>930 years</u>, and Jesus Was Crucified at 9 AM, and The Lord too his spirit a 3:00 p.m.

20

4. Being Born 1978,,, $1+9+7+8 = \underline{25}$ and $2+5 = \underline{7}$. To those who know $\underline{7}$ is The $\underline{Seal}$ of our Lord. And being born 9-30, $9+3 = \underline{12}$,,, 12 TRIBES,, 12 Decipals,, 12$\underline{th}$ Imam The Mahdi...

5. The year of my birth $\underline{1978}$, Two Popes died,, both were named "$\underline{Paul}$". The 3rd Pope of 1978, lived to be The $\underline{264th\,PoPE}$ John Paul Walk with me,,, The $\underline{3rd}$ Pope John Paul was the $\underline{264th}$ : $2+6+4 = \underline{12}$

OPEN UR BIBLE To "$\underline{3\ JoHN\ 12}$" where $\mathcal{I}$ Am Written!

6. Caunt from The $\underline{93rd}$ Pope Paul - AD 758 $(7+5+8=20)$ to $\underline{1978}$ is $\underline{1220}$ years $(1+2+2+0=\underline{5})$ $\mathcal{I}$ m born 9-30-1978/ there are $1+9+8=12$ put $\underline{7}$ aside as the SEAL of The Lord,, $^{AD}$ 758 = 20   198 = $\underline{18}$ = "$\underline{2018}$". The Lord Came to me Feb. 21, 2018; $\mathcal{I}$ Was age $\underline{39}$ in my $\underline{40th}$ year - Walk with me -

AD 758 to 2018 = $\underline{1260\ YEARS}$

as $\mathcal{I}$ said born 9-30, $\mathcal{I}$ Was 39 - and $3+9 = \underline{12}$ so go to The $\underline{12}$ Chapter of $\underline{REVELATIONS}$ verse 5 & 6  Rev. 12:5-6 $[9-3=6]$ $[1+2+2+0 = 5]$

"She gave birth to a $\underline{Son}$, a Male child, destined to rule $\underline{all\ The\ Nations}$ with an Iron Rod. Her child was Caught up to God and His Throne.

The Woman herself fled into the desert where she had a place prepared by God, that there she might be taken care of for "$\underline{1260}$" days."

21

7. There are 9 letters in Demetrius, I'm born in The 9th Month 9+9=18 and take 7 from 1978 and it 18, So u go to Deuteronomy 18:18,,, The Lord Came to Me 2018 and on My 40th Birthday 9-30-2018 it fell on a SUNDAY to be exact The 39 SUNDAY of The year! And for that day The Magazine "The Word Among us" Said "You Are a Prophet" and told the Story from NUMBERS 11:16 when YAHWEH Made The 70 Elders Prophesy.

1978 The year of My birth The ✕Pilgrim of ✕Satan✕ executed The Messenger Jim Jones (BBHS) with 930 of his followe He was executed The year of my birth Nov. 18, 1978 — 11-18-1978 That would Mean he was executed "48 DAYS" After My birth,,, whats the Chances on my 40th Birthday I would be in The State of HIS BIRTH INDIANA — 7 Letters! (And the letters in INDIANA add up to 52 = 7!) And what did Jim Jones (BBHS) Prophesy specifically,,, he prophesyed The destruction of ✕America✕ on September, 16 at 3:09 → 9-30,,, 1+6=7 (like 1978=7) And My Mother was 16 when she gave birth to Me!

My Mother's name is Ruth a descendent of slaves as was the great grand mother of King David, named Ruth and a former slave. My grand Mothers name was Sarah as in Abrahams Wifes name. And I was born in Mount Sinai hospital like the Mountain on which YAHWEH Came to Moses.

I lost trial in 2005 that year Pope John Paul died, after 27 years, I was 27 years of age that year, and The Lord Sent Maria Magdelena to Comfort Me as Mary Magdelene Comforted Jesus on that Cross when he cryed out:

"My God, My God Why have You
Forsaken Me ??" Matt. 27:46

I AM Vouchsafed in the OLD "1 Maccabees 7:4" and in The NEW "3 John 12"

22

And to The Muslims, who await The Mahdi The 12th Imam Do the Math DEMETRIUS adds up to "114" the same number of Chapters in the Qwan... I'm born in The 9th month and there are 9 letters in my Name 9+9=18,,, and I told the WORLD YAHWEH Came to me 2018,, So go to Chapter 18 of UR Qwan... Tru Clarity Chapter (Swra) 18 Verse 25 (Qwan 18:25)

"They stayed in their Cave three hundred years, and to that some have added another Nine years."

I 8 this not 9-30 and 9+3=12 That's why The Mahdi is known as The 12th Imam... And ensure the deaf May hear ch.18:22, I'll give The World the answer "They Were 7, the 8th Was their dog",,, (as in 1978,,, Bless be YAHWEH 39+39 = 78 (eg. ch.18:25 39!)...

Finally there are 110 verses in ch. 18,, 1+1= 2 eg. "2018" And this is only 1 Flames of 7 Flames, as I'll note only that it was the 39th President in office the year of my birth only b/c Nixon resigned, as St. John Paul Was only 264th because 2 died that year. Many are asking when I speak on "The 12 Days of Revelations", I only Say May The Judge in this Case order The BOP to immediately turn over ALL the Scriptures I Wrote and Were Confiscated at USP Terre Haute and CMU in 2018.

In The 3 years since I Was Anointed & Blessed The 1st PROPHET of The 1st PROPHECY: TREASON There has been 1. Riots in every Major City;
2. Covid-19 with over 500,000 deaths;
3. The U.S. Capitol Was seized by insurgents chanting TREASON!
4. Donald Trump executed x13x on death row and Was aquitted in The Senate Feb. x13x 2021, and that day Was an Earthquake 7.4,,,

23

5. Joe Biden won the election at _78_ and was sworn into office with his Hand on a Catholic Bible,,, The Lord Came to Me and ordered I read from "The New American Bible" (NAB) a Catholic Bible.

6. In the _NAB_ "3 John _12_" is written on page _1398_ which equals _21_ three _7$^{\circ}$_ The Seal of The Lord and _1398_ is _39_ The age I was when The Lord spoke to Me,,, and _18_ it was _2018_...

7. I was placed in USP THP-SHU for The _1st_ Prophecy: TREASON on _7-12-2018_,,, Lt. Sherman ended his 8I8 Investigation _8-27-2018_ _47_ days later and I was attacked in SHu _9-21-18_, 7 months exactly from when The Lord Came to Me. On The 3 year anniversary of Me receiving The _1st_ Prophethood _Feb. 21, 2021_, I was Cell-rotated from _39 cell to 40 cell_ in the SMu F-3 unit...

## Relief Requested

Compensatory & Punitive damages in the amount of $750,000 and that The _BOP_ recognize The _1st_ Prophecy: TREASON as a valid Religion, affording us Chapel time, every Saturday; to be listed in Sentry; allowed to email, phone & scribe each other; visits w/ _our clergy_ as "PVS" visitor are allowed not forced to Cell-up with other religious faiths; to be provided Kosher Meals until we can provide our own dietary Meals; to receive the "Sacrament" every day with _Mead_; and allowed to Maintain-retain all Scripture written by The _1st_ PROPHET and distributed to his Komrades and retain in any Cell their Confined to a Tanakh (Torah)-(NAB) Bible-Quran (Noble); allowed to wear religious Medallions including Tassells on wrist-arm-head Containing The Word of YAHWEH; Congregational Prayer; and Celebrate the ALL The Holy days decreed to The Prophets; to post a 3 inch TREASON poster in upper cell window (unobstructive to view); when The _1st_ Prophet is

released from prison, he be allowed to send his Prophetic speechs

video's etc. to his Komrades for doctrinal learning as other faith are permitted

that New Komrades be allowed to tatoo Thenselves with <u>The Righthand of</u>

<u>Righteousness</u> and <u>Hammer & sickle</u> as required by their Tru Belief;

On Saturday Mornings they be allowed to pray outside on The first

recreation called Move, finally that <u>ALL</u> Scriptures, pictures, and all

Materials produced by <u>The 1st Prophet</u> be immediately returned to him

prior to his release from prison.

Such other and further relief as The Court deems Just and Proper —

I, Demetrius Hill, declare The Foregoing
fact s True and Correct under penalty of
Perjury. <u>3-21-2021</u>
<u>18 USC 1746</u>

aln Struggle
King Demetrius
The 1st Prophet
The 1st Prophecy: TREASON

AKA
DEMETRIUS Hill #68133-0
AUSP Thomson, Po Box 1002
Thomson, IL, 61285

25