UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEMETRIUS HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:21-cv-00110-JPH-DLP |
| ) | |
| COUNTER TERRORISM UNIT, ) | |
| BOP DIRECTOR, ) | |
| PROG. DIV. ASST. DIRECTOR, ) | |
| IAN CONNERS, ) | |
| KRUGER, ) | |
| BRADLEY, ) | |
| ALL KNOWN AND UNKNOWN BOP STAFF, ) | |
| ) | |
| Defendants. ) | |

**ENTRY RESCINDING GRANT OF *IN FORMA PAUPERIS* STATUS
AND DIRECTING PLAINTIFF TO PAY BALANCE OF FILING FEE**

The Order of March 4, 2021, dkt. [19], is **rescinded to the extent** that the Court allowed the plaintiff to proceed *in forma pauperis* in this case.

Plaintiff Hill is a prisoner who has filed at least three suits or appeals which have been dismissed as frivolous, malicious, or for failure to state a claim. This renders him ineligible to proceed *in forma pauperis*. 28 U.S.C. § 1915(g). The narrow exception to the barrier created by § 1915(g) where a prisoner alleges that he "is under imminent danger of serious physical injury" does not apply to the claims asserted in the amended complaint. Mr. Hill alleges that his right to exercise his religious freedom has been violated.

1

In *Evans v. Illinois Department of Corrections,* 150 F.3d 810 (7th Cir. 1998), it was noted that a prisoner-litigant in these circumstances is entitled to know the cases the Court relies on when making the three-strikes determination. For Mr. Hill's reference, the cases on which the Court relies in finding three or more "strikes" consist of the following:

*Hill v. New York Post, et al.,* No. 10-pr-3584 (2d Cir. Jan. 31, 2011) (dismissing appeal as lacking an arguable basis in law or fact, frivolous);

*United States v. Hill,* No. 10-cr-1218, (2d Cir. Sept. 30, 2010) (dismissing appeal as lacking an arguable basis in law or fact, frivolous); and

*Hill v. Lappin, et al.,* 1:09-cv-1637-CLS-RRA (N.D. Ala. April 30, 2010) (dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)).

Mr. Hill is specifically **notified** pursuant to *Sloan v. Lesza,* 181 F.3d 857, 859 (7th Cir. 1999), that, because he has accumulated three strikes and is now being informed that 28 U.S.C. § 1915(g) applies to him, if he files another action in this District without prepayment of the entire filing fee and seeks to proceed *in forma pauperis,* the new action will be immediately terminated.

Mr. Hill shall have **through June 21, 2021,** in which to pay the remaining balance of the $402.00 filing fee for this action, which is $381.92. Failure to do so will result in dismissal of the action without further notice.

**SO ORDERED.**

Date: 5/17/2021

                                               *James Patrick Hanlon*
                                               James Patrick Hanlon
                                               United States District Judge
                                               Southern District of Indiana

Distribution:

DEMETRIUS HILL
68133-053
THOMSON USP
USP Thomson
P.O. Box 1002
Thomson, IL 61285